UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50185 |
| Plaintiff, | REDACTED FACTUAL BASIS STATEMENT |
| vs. | |
| EDWARD MARTIN, | |
| Defendant. | |

---

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Federal Rule of Criminal Procedure 11(b)(3):

On or about September 30, 2021, Edward Martin, the defendant, was housed at the Pennington County Jail in Rapid City, SD. Martin was scheduled for sentencing in file CR 19-50167-01. NAME REDACTED was also housed at the Pennington County Jail on that date, after having publicly testified at a trial of Martin's co-conspirators. NAME REDACTED was a former confidential informant for the South Dakota Division of Criminal Investigation. While acting as a confidential informant, NAME REDACTED provided incriminating information to federal law enforcement officers about methamphetamine distribution by Martin.

Martin indicated to NAME REDACTED that he (Martin) intended to find NAME REDACTED and harm him for what NAME REDACTED did as a confidential informant. Martin also stated to NAME REDACTED the specific

name of a woman with whom NAME REDACTED had been in a previous relationship, in an effort to remind NAME REDACTED that Martin knew people with whom NAME REDACTED associated. At the time there was an additional co-conspirator pending federal trial.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

5/26/22
Date

Kathryn N. Rich
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Kathryn.Rich@usdoj.gov

5 - 28-2022
Date

Edward Martin
Defendant

5/25/22
Date

Paul Andrews
Attorney for Defendant